UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:15-cv-00103-SPC-CM

J.P. AND R.P. as Parents and Natural
Guardians of J.P., Jr., a minor,

Plaintiff,

vs.

BRIAN CONNELL and BOY
SCOUTS OF AMERICA,

Defendants.

_____/

## DEFENDANT'S CONSENT TO REMOVAL

Defendant, BRIAN CONNELL ("Connell"), through undersigned counsel, hereby consents to the removal of the action styled J. P. and R.P. as Parents and Natural Guardians of J.P., Jr., a minor v. Brian Connell and Boy Scouts of America, from the Circuit Court for the Twentieth Judicial Circuit in and for Collier County, Florida, Case No.: 11-2015-CA-000121 to the United States District Court for the Middle District of Florida, and further states as follows:

1.      Connell consents to the removal of this case.

2.      Connell received his first notice of the complaint on January 21, 2015.

3.      This Consent to Removal is timely under 28 U.S.C. §1446(b).

4.      In consenting to removal, Connell does not intend to waive any right or defense to which he is otherwise entitled.

Respectfully submitted,

GRAYROBINSON, P.A.,
Counsel for Plaintiff

/s/ Ted L. Shinkle
Ted L. Shinkle
Trial Counsel
Florida Bar No. 0608051
1795 West Nasa Boulevard
Melbourne, Florida 32901
Telephone:  (321) 727-8100
Facsimile:  (321) 984-4122
Email:       tshinkle@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 18, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Adam M. Balkan, Esq., Balkan & Patterson, LLP, 1877 South Federal Highway, Suite 100, Boca Raton, FL 33432 adam@balkanpatterson.com; tiffany@balkanpatterson.com; efile@balkanpatterson.com and J. Derek Verderamo, Esq. Verderamo & Escobar, 2668 Airport Road South, Naples, FL  34112 derek@verderamolaw.com,, attorney for Plaintiffs and William Summers, Esq., Lane, Reese, Summers & Ennis, P.A., 2600 South Douglas Road, Miami, FL 33145 wsummers@lanereese.com , Attorneys for Defendant, Boy Scouts of America.

/s/ Ted L. Shinkle
Ted L. Shinkle

2